Kitty J. Lin Bar # 251851
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone:  866-339-1156
Email: kit@legalhelpers.com
Attorney for Plaintiff Linda Elias

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Linda Elias | Case No: 5:08-cv-01969-HRL |
| Plaintiff, | |
| v. | |
| West Asset Management, Inc. | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Kitty J. Lin*
    Kitty J. Lin
    Bar # 251851
    Attorney for Plaintiff
    564 Market Street, Ste. 300
    San Francisco, CA 94104
    Telephone:  866-339-1156
    Email:  kit@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 15, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

West Asset Management, Inc.
Corporation Service Company
Registered Agent
PO Box 526036
Sacramento, CA 95852

*/s/ Kitty J. Lin*