*E-filed 7/31/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA ELIAS, | No. C08-01969 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| WEST ASSET MANAGEMENT, | |
| Defendant. / | |

PLEASE TAKE NOTICE THAT on the Court's own motion, the Case Management Conference set for August 5, 2008 is continued to **September 9, 2008 at 1:30pm** (Courtroom 2, 5th floor of the United States District Court, San Jose). Case Management Statement due no later than September 2, 2008.

Dated: 07/31/08

MPK
Chambers of Magistrate Judge Howard R. Lloyd

**Notice has been delivered to:**

kit@legalhelpers.com

Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 07/31/08

                                   MPK
                     Chambers of Magistrate Judge Lloyd