Kitty J. Lin Bar # 251851
LEGAL HELPERS, P.C.
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone:  866-339-1156
Email: kit@legalhelpers.com
Attorney for Plaintiff Linda Elias

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Linda Elias | Case No: 5:08-cv-01969-HRL |
|       Plaintiff, | |
| v. | |
| West Asset Management, Inc. | **NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |
|       Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Kitty J. Lin*
      Kitty J. Lin (Bar # 251851)
      564 Market Street, Ste. 300
      San Francisco, CA 94104
      Telephone:  866-339-1156
      Email:  kit@legalhelpers.com
      *Attorney for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 2, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

West Asset Management, Inc.
Corporation Service Company
Registered Agent
PO Box 526036
Sacramento, CA 95852

*/s/ Richard J. Meier*